IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA     )
                             )
          v.                 )     Criminal No. 05-199
                             )
CHARLES BRUCE, a/k/a Bruce   )
Tate,                        )
     Defendant.              )
```

ORDER

AND NOW, this 20th day of April, 2007, following a

hearing under Rule 35(b) of the Federal Rules of Criminal

Procedure, IT IS HEREBY ORDERED that the court's order of

judgment and sentence in the above captioned case, imposed

March 10, 2006, is amended as follows:

> "The defendant is hereby committed to the
> custody of the United States Bureau of
> Prisons to be imprisoned for a period of
> time served."

IT IS FURTHER ORDERED that the remainder of the court's

sentence of March 10, 2006 shall remain in full force and

effect.

BY THE COURT:

_____, J.

cc: All Counsel of Record
    U.S. Marshal
    U.S. Probation
    Federal Bureau of Prisons