4Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Charles Bruce                                Docket No. 05-00199-001

**Petition on Supervised Release**

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Charles Bruce, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 10th day of March 2006, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not possess a firearm or destructive device.
- The defendant shall not unlawfully possess a controlled substance and shall refrain from the use of alcohol.
- The defendant shall submit to urinalysis, as directed by the probation officer and shall participate in a substance abuse treatment program, if deemed necessary.
- The defendant shall cooperate in the collection of DNA, as directed by the Probation Office.

<u>03-10-06</u>: Possession of a Firearm by a Convicted Felon; 46 months' imprisonment, 3 years' supervised release to follow.

<u>04-20-07</u>: Sentence of imprisonment reduced to time served; All other aspects of sentence to remain in effect; Released to supervision; Currently supervised by U.S. Probation Officer Verne Howard, Jr.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the offender has violated the following conditions of supervised release:

**The defendant shall not commit another federal, state, or local crime.**

On July 22, 2008, the defendant entered a guilty plea to the charges of Possession of a Controlled Substance and False Identification to Law Enforcement in the Common Pleas Court of Allegheny County, Pittsburgh, Pennsylvania. He was sentenced to a total of three to six months' imprisonment and one year probation

**The defendant shall refrain from any unlawful use of a controlled substance.**

Mr. Bruce tested positive for marijuana use on 29 out of 42 occasions between April 23, 2007, and November 15, 2007.

U.S.A. vs. Charles Bruce
Docket No: 05-00199-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom No. 3A, Third Floor, U.S. Post Office and Courthouse, Pittsburgh, Pennsylvania, with legal counsel on FRIDAY, JANUARY 16, 2009 at 10:30 AM, to show cause why supervision should not be revoked.

ORDER OF COURT

Considered and ordered this 16th day of Dec. 2008, and ordered filed and made a part of the records in the above case.

_____
Gary L. Lancaster
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2008

_____
Paul J. Dippolito.
Supervising U.S. Probation Officer

Place: Pittsburgh, Pennsylvania